IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.  7:1**0**-CR-124-1BR

FILED IN OPEN COURT
ON **8-1-11  KM**
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA   :
   :
v.   :
   :
BRANDON GRANT BELL   :

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement and the Consent to Forfeiture entered into by the defendant on **Aug 1**____, 2011, the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm used in knowing violations of 18 U.S.C. §§ 922(g)(1) and 924, to wit, a 9mm pistol, Glock Model 34 bearing serial number GTD146, and any and all accompanying ammunition; and

WHEREAS, by virtue of said Memorandum of Plea Agreement and Consent to Forfeiture, the United States is now entitled to possession of said personal property, pursuant to 18 U.S.C. § 924(d);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement and Consent to Forfeiture as to the defendant BRANDON GRANT BELL, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including

destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In
accordance with Fed. R. Crim. P. 32.2(b)(3), this Order is now
final as to the defendant.

2.   That upon sentencing and issuance of the Judgment and
Commitment Order, the Clerk of Court is directed to incorporate a
reference to this Preliminary Order of Forfeiture in the
applicable section of the Judgment, as required by Fed. R. Crim.
P. 32.2(b)(3).

3.   That pursuant to 21 U.S.C. § 853(n), the United States
shall publish notice of this Order and of its intent to dispose
of the property in such manner as the Attorney General or the
Secretary of Treasury directs, by publishing and sending notice
in the same manner as in civil forfeiture cases, as provided in
Supplemental Rule G(4). Any person other than the defendant,
having or claiming any legal interest in the subject property
must file a petition with the Court within 30 days of the
publication of notice or of receipt of actual notice, whichever
is earlier.

The petition must be signed by the petitioner under penalty
of perjury and shall set forth the nature and extent of the
petitioner's right, title, or interest in the subject property,
and must include any additional facts supporting the petitioner's
claim and the relief sought.

2

4.   That upon adjudication of all third party interests
this Court will enter a Final Order of Forfeiture pursuant to
21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

SO ORDERED.   This _/_ day of_____, 2011.

_____
W. EARL BRITT
Senior United States District Judge

C:\Documents and Settings\eubanks\Local Settings\Temp\Domino Web
Access\44\Bell 924 prel order.wpd