UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:10-CR-00124-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRANDON GRANT BELL | ) | |

    WHEREAS, on August 1, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), based upon the defendant pleading guilty to 18 U.S.C. §§ 922(g)(1), 924(a)(2) and 924(e), and the entry of a Consent to Forfeiture, agreeing to the forfeiture of the property listed in the August 1, 2011 Preliminary Order of Forfeiture, to wit, a 9mm pistol, Glock Model 34 bearing serial number GTD146, and any and all accompanying ammunition;

    AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between April 28, 2012 and May 27, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of

their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's August 1, 2011 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the August 1, 2011 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Justice and/or the U. S. Naval Criminal Investigative Service is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

This 17 October 2012.

_____
W. Earl Britt
Senior U.S. District Judge